UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.   04-50389-BKC-
TANGELA PARRIMORE

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK



R# 286660

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $       .91   remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $      .00    remaining in her bank account which represents small dividends as defined by FRBP 3010.

   Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

   WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date:  **JUL 2 3 2010**

                                        NANCY N. HERKERT
                                        CHAPTER 13 TRUSTEE

Copies to

TANGELA PARRIMORE
18525 NW 10 CT
MIAMI, FL 33169

EDWARD FREIRE, ESQ.
10647 N KENDALL DRIVE
MIAMI FL 33176

CAPITAL ONE BANK
PO BOX 85167
RICHMOND, VA 23285

U.S. Trustee
51 S W 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.   04-50389-BKC-
TANGELA PARRIMORE

                                          CHAPTER 13

TANGELA PARRIMORE

18525 NW 10 CT
MIAMI, FL 33169


EDWARD FREIRE, ESQ.
10647 N KENDALL DRIVE
MIAMI, FL 33176


CAPITAL ONE BANK              ---------$              .91
PO BOX 85167
RICHMOND, VA 23285

                                 UNDELIVERABLE/STALE
                                 CLAIM REGISTER# 5

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130