UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

R# 286692

RECEIVED VIA MAIL

IN RE:                          CASE NO.    04-50389-BKC-
TANGELA PARRIMORE

JUL 26 2010

CHAPTER 13

U.S. BANKRUPTCY CT.
SO. DIST. OF FLA.
MIAMI - OFFICE

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $   19.45   remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $   .00   remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

JUL 2 3 2010
Date: _____

_____
NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

TANGELA PARRIMORE
18525 NW 10 CT
MIAMI, FL 33169

EDWARD FREIRE, ESQ.
10647 N KENDALL DRIVE
MIAMI, FL 33176

BANK ONE CIRCUIT CITY REGULAR
BANK ONE DELAWARE NA
PO BOX 100018
KENNESAW, GA 30156-9204

CHECK CASHING USA, INC.
WALLACE, BAUMAN, LEGON, FODIMA
1200 BRICKELL AVE, SUITE 1720
MIAMI, FL 33131

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.  04-50389-BKC-
TANGELA PARRIMORE


                                        CHAPTER 13


TANGELA PARRIMORE

18525 NW 10 CT
MIAMI, FL 33169


EDWARD FREIRE, ESQ.
10647 N KENDALL DRIVE
MIAMI, FL 33176


BANK ONE  CIRCUIT CITY REGULAR---------$         1.82
BANK ONE DELAWARE NA
PO BOX 100018                           UNDELIVERABLE/STALE
KENNESAW, GA 30156-9204                 CLAIM REGISTER# _1_

CHECK CASHING USA, INC.    ---------$        17.63
WALLACE, BAUMAN, LEGON, FODIMA
1200 BRICKELL AVE. SUTE 1720            UNDELIVERABLE/STALE
MIAMI, FL. 33131                        CLAIM REGISTER# _3_

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130